IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LIDIBETH RUDY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-133 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**O R D E R**

Presently before the Court is the Defendant Acting Commissioner of Social Security's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant. (Doc. 10.) Defendant requests remand to the agency "for further administrative proceedings, including further consideration of the evidence regarding the claimant's impairments." (Id. at p. 1.) Defendant represents that Plaintiff consents to the Motion. (Id. at p. 2.)

Sentence four of Section 405(g) gives the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Accordingly, the Court **GRANTS** the Motion, (doc. 10), and **REVERSES** and **REMANDS** the final decision of the Commissioner pursuant to sentence four of 42 U.S.C.

§ 405(g) for further action consistent with this Order.   The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

**SO ORDERED**, this 21st day of February, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA