AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LIDIBETH RUDY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-133

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's February 21, 2024 Order granting Defendant's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant, the Court reverses and remands the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). This case stands closed.

Approved by: _____

February 26, 2024           John E. Triplett, Clerk of Court
*Date*                                                                 *Clerk*

                                                                                       *(By) Deputy Clerk*

GAS Rev 10/2020